UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARTURO MARTINEZ,<br><br>          Petitioner,<br><br>    v.<br><br>DON BARNES, Sheriff,<br><br>          Respondent. | Case No. SACV 17-1216-JVS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). The Report and Recommendation the Court served on Petitioner was returned as undeliverable, with the notation, "Inmate Not in Custody." Indeed, Petitioner is not listed in the Orange County Sheriff's Department's inmate locator, and he has not filed a change of address. No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: September 24, 2019

JAMES V. SELNA
U.S. DISTRICT JUDGE