JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ARTURO MARTINEZ, | Case No. SACV 17-1216-JVS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DON BARNES, Sheriff, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 24, 2019

JAMES V. SELNA
U.S. DISTRICT JUDGE